UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x
ALLGOOD ENTERTAINMENT, INC., and
ALLGOOD CONCERTS, LLC,

      Plaintiffs,

vs.

JOHN BRANCA and JOHN MCCLAIN as
Special Administrators of the ESTATE OF
MICHAEL JACKSON, DILEO
ENTERTAINMENT AND TOURING, INC.,
FRANK DILEO, ANSCHUTZ
ENTERTAINMENT GROUP, AEG LIVE,
LLC, and AEG LIVE NY, LLC,

      Defendants.
-------------------------------------------------------x

Civil Action No.: 1:09-cv-05377-HB

ECF Case

### NOTICE OF MOTION FOR SUMMARY JUDGMENT BY DEFENDANTS JOHN BRANCA AND JOHN MCCLAIN AS SPECIAL ADMINISTRATORS OF THE ESTATE OF MICHAEL JACKSON

| | |
|---|---|
| Howard Weitzman (*pro hac vice*) <br> Jonathan P. Steinsapir (*pro hac vice*) <br> KINSELLA WEITZMAN ISER KUMP & <br> ALDISERT LLP <br> 808 Wilshire Boulevard, 3rd Floor <br> Santa Monica, California  90401 <br> Telephone: 310.566.9800 <br> Facsimile: 310.566.9850 | Zia F. Modabber (*pro hac vice*) <br> KATTEN MUCHIN ROSENMAN LLP <br> 2029 Century Park East, Suite 2600 <br> Los Angeles, CA 90067 <br> Telephone: 310.788.4400 <br> Faacsimile: 310.788.4471 <br> <br> Cameron S. Balahan (CB-1229) <br> KATTEN MUCHIN ROSENMAN LLP <br> 575 Madison Avenue <br> New York, New York 10022 <br> Telephone: (212) 940-8800 <br> Facsimile:  (212) 940-8776 |

*Attorneys for Defendants John Branca and John McClain*
*as Special Administrators of the Estate of Michael Jackson*

10386.00029/53526

**PLEASE TAKE NOTICE** that, upon this Notice of Motion, the accompanying Memorandum of Law (jointly filed with the Dileo Defendants pursuant to paragraph 4(D) of this Court's Individual Practices), the Declaration of Jonathan P. Steinsapir and Exhibits annexed thereto, and the Local Rule 56.1 Statement of Undisputed Facts, Defendants John Branca and John McClain as Special Administrators to the Estate of Michael Jackson (referred to hereafter as "the Estate of Michael Jackson"), by their undersigned counsel, will move this Court, before the Honorable Harold Baer, Jr., of the United States District Court for the Southern District of New York, at Courtroom 23B of the United States Courthouse, 500 Pearl Street, New York, New York, 10017, on August, 1, 2010, for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting summary judgment in favor of the Estate of Michael Jackson, dismissing Plaintiffs' Complaint in its entirety, and for such other and further relief as the Court deems just and proper, including reasonable costs and attorneys' fees.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs shall serve and file any Opposition to the motion on or before July 23, 2010, fourteen (14) days from the service and filing of this Notice of Motion, and that the Estate of Michael Jackson shall serve and file any Reply on or before July 30, 2010, seven (7) days from the service and filing of any Opposition.

Dated: July 9, 2010              Respectfully Submitted:

                                 KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP

                                 By: /s/Howard Weitzman
                                     Howard Weitzman (*pro hac vice*)
                                     hweitzman@kwikalaw.com
                                     Jonathan P. Steinsapir (*pro hac vice*)
                                     jsteinsapir@kwikalaw.com
                                     808 Wilshire Boulevard, 3rd Floor
                                     Santa Monica, California  90401
                                     Telephone: 310.566.9800

10386.00029/53526                          1

     Facsimile: 310.566.9850

  KATTEN MUCHIN ROSENMAN LLP
   Zia F. Modabber (*pro hac vice*)
   2029 Century Park East, Suite 2600
   Los Angeles, CA 90067

   Cameron Balahan (CB-1229)
   575 Madison Avenue
   New York, New York 10022
   Telephone: 212.940.6437
   Facsimile: 212.894.5698

  Attorneys for Defendants John Branca and John McClain
  as Special Administrators of the Estate of Michael Jackson